IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| | Criminal No. 12- 61 (FAB) |
| v. | Violations:<br>18 U.S.C. §§ 922(g)(1) and<br>924(a)(2) |
| | Forfeiture:<br>18 U.S.C. § 924(d)(1); 28 U.S.C.<br>§ 2461(c) |
| LUIS A. CRUZ-LOPEZ,<br>　　　　　　Defendant. | |
| | ONE COUNT |

THE GRAND JURY CHARGES:

## COUNT ONE
### Possession of a Firearm by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about July 2, 2011, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**LUIS A. CRUZ-LOPEZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is: one (1) Type: Pistol, Make: Springfield Armory, Model: XD 40, Caliber: .40, Serial Number: US182525, with a magazine and twelve (12) rounds of .40 caliber ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

1

**Firearms and Ammunition Forfeiture Allegation**
**(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count One of this Indictment, the defendant, **LUIS A. CRUZ-LOPEZ** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Type: Pistol, Make: Springfield Armory, Model: XD 40, Caliber: .40, Serial Number: US182525, with a magazine and twelve (12) rounds of .40 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL,

FOREPERSON

Date: 26 JAN. 2012

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

José Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

José Capó-Iriarte
Assistant United States Attorney
Deputy Chief, Narcotics Unit

Víctor O. Acevedo-Hernández
Special Assistant United States Attorney

3